**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Donna ZIELKE and Joseph Zielke, Respondents**

v.

**James MULLEN III and Linda Mullen, Petitioners**

**No. 171 MAL 2017**

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

**AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jonathan Michael PROCTOR, Petitioner**

**No. 176 WAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Shantice TILLERY, in her own right and Parent and Natural Guardian on behalf of her Minor Son, Shamir D. Tillery**

v.

**The CHILDREN'S HOSPITAL OF PHILADELPHIA, Children's Healthcare Associates, Inc., Monika Goyal, M.D., Joel Fein, M.D., Kyle Nelson, M.D.**

**Petition of: The Children's Hospital of Philadelphia and Monika Goyal, M.D.**

**No. 227 EAL 2017**

Supreme Court of Pennsylvania.

October 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED.**

The Application for Leave to File Reply is also **DENIED.**